UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON PATTON, an individual, | Case No.:   1:19-cv-01214-DAD-BAM |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATED REQUEST TO MODIFY THE SCHEDULING CONFERENCE ORDER** |
| vs. | |
| NATIONAL EXPRESS TRANSIT CORPORATION, a corporation; and DOES 1-100, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing due to the parties' inability to complete discovery in light of the COVID-19 pandemic, the Court GRANTS the parties' request to modify the Scheduling Order in this case.  IT IS HEREBY ORDERED that the Scheduling Order (Doc. No. 9) is modified as follows:

| | |
|---|---|
| Expert Disclosure: | March 19, 2021 |
| **Supplemental Expert Disclosure:** | **April 16, 2021** |
| Non-Expert Discovery Cutoff: | December 31, 2020 |
| Expert Discovery Cutoff: | May 19, 2021 |
| Pretrial Motion Filing Deadline: | February 1, 2021 |

In light of the Standing Order issued by District Judge Dale A. Drozd (Doc. No. 10), the Status Conference set for January 27, 2021 before the undersigned is VACATED and the Court

sets a pretrial conference for **July 26, 2021, at 1:30 p.m. in Courtroom 5** before Judge Drozd. The parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 281.  In addition, the joint pretrial statement should include a brief factual summary and an agreed upon neutral statement of the case.  An additional copy of the joint pretrial statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and shall be e-mailed in Microsoft Word format to dadorders@caed.uscourts.gov.

The parties' attention is directed to this Court's Local Rules 281 and 282.  The parties must identify all exhibits and witnesses, including those for rebuttal and/or impeachment purposes.  No exhibit or witness other than those listed in the joint pretrial statement and included in the Pretrial Order may be used at trial.  This Court will insist upon strict compliance with those rules.

At the pretrial conference, the Court will set deadlines, among others, to file motions in limine, final witness lists, exhibits, jury instructions, objections, and other trial documents.

The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause.  Fed. R. Civ. P. 16(b)(4).  Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic.  Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:   **August 13, 2020**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE